**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | ) | |
|---|---|---|
| **IN RE:** | ) | **CASE NO.  26-11966-DJB** |
| **ANTHONY LYNCH** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  2710N 23RD ST, PHILADELPHIA, PA 19132 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******3924**

NOW COMES Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota,National Association, as Trustee for Renaissance HEL Trust 2002-2, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

Onity Mortgage Corporation F/K/A PHH Mortgage Corporation
1661 Worthington Rd.
Ste. 100
West Palm Beach, Florida 33409

Please take notice that the undersigned hereby appears as counsel for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National

26-14514 BKPOC01

 

Association, as Trustee f/k/a Norwest Bank Minnesota,National Association, as Trustee for

Renaissance HEL Trust 2002-2 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of

this notice is limited to the instant case noted above and should not be construed as unlimited

representation of the Creditor with respect to any and all matters, proceedings, or actions that may

be taken in the instant case or any associated case or proceeding involving the above-named

Creditor.

                              RESPECTFULLY SUBMITTED,


                              /s/Mario Hanyon
                              Andrew Spivack, PA Bar No. 84439
                              Mario Hanyon, PA Bar No. 203993
                              Jay Jones, PA Bar No. 86657
                              Brandon Perloff, PA Bar No. 316979
                              Attorney for Creditor
                              BROCK & SCOTT, PLLC
                              3825 Forrestgate Drive
                              Winston Salem, NC 27103
                              Telephone: (844) 856-6646
                              Facsimile: (704) 369-0760
                              E-Mail: PABKR@brockandscott.com

                                                        26-14514 BKPOC01