**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| ANTHONY LYNCH, | ) | **CASE NO.: 26-11966-DJB** |
| | ) | **CHAPTER 13** |
| DEBTOR. | ) | **JUDGE  DEREK J BAKER** |
| | ) | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | ) | |
| SUCCESSOR BY MERGER TO WELLS FARGO BANK | ) | |
| MINNESOTA, NATIONAL ASSOCIATION, AS | ) | |
| TRUSTEE F/K/A NORWEST BANK MINNESOTA, | ) | |
| NATIONAL ASSOCIATION, AS TRUSTEE FOR | ) | |
| RENAISSANCE HEL TRUST 2002-2, | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| ANTHONY LYNCH, DEBTOR, AND | ) | |
| KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota,National Association, as Trustee for Renaissance HEL Trust 2002-2 and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 15th day of June 2026

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 15th day of June 2026.

### *VIA U.S. MAIL*

*DEBTORS*
ANTHONY LYNCH
2710 N 23RD STREET
PHILADELPHIA, PA 19132-3218

### *VIA ELECTRONIC NOTICE*

*ATTORNEY FOR DEBTORS*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

*U.S. TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*