City of Philadelphia Law
Department
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd Suite 580
Philadelphia, PA 19102-1640

Credence Resource
Management, LLC
Attn: Bankruptcy 4222 Trinity Mills Road
Suite 260
Dallas, TX 75287

First Judicial District of
Pennsylvania
Attn: Payment Center
1301 Filbert St
Philadelphia, PA 19107-2602

Focus Receivables
Management, Llc
1130 Northchase Parkway SE Suite 150
Marietta, GA 30067-6420

Ocwen Loan Servicing, Llc
Attn. Bankruptcy 1661 Worthington Rd.,
Suite 100
West Palm Beach, FL 33409

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Santander Consumer USA,
Inc.
P.O. Box 961245
Fort Worth, TX 76161

Security Credit Services
Attn: Bankruptcy
PO Box 1156
Oxford, MS 38655

Stern and Eisenberg, LLP
1581 Main Street Suite 200
Warrington, PA 18976


United Auto Credit Co
Attn: Bankruptcy
PO Box 163049
Fort Worth, TX 76161


Verizon
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617