## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony B. Lynch, | Case No. 26-11966-DJB |
| | Chapter 13 |
| *Debtor*. | |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 22, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service - First Class Mail

City of Philadelphia Law
Departmen**h**
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd Suite 580
Philadelphia, PA 19102-1640

Credence Resource
Management, LLC
Attn: Bankruptcy 4222 Trinity Mills Road
Suite 260
Dallas, TX 75287

First Judicial District of
Pennsylvania
Attn: Payment Center
1301 Filbert St
Philadelphia, PA 19107-2602

Focus Receivables
Management, Llc
1130 Northchase Parkway SE Suite 150
Marietta, GA 30067-6420

Ocwen Loan Servicing, Llc
Attn. Bankruptcy 1661 Worthington Rd.,
Suite 100
West Palm Beach, FL 33409

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Santander Consumer USA,
Inc.
P.O. Box 961245
Fort Worth, TX 76161

Security Credit Services
Attn: Bankruptcy
PO Box 1156
Oxford, MS 38655

Stern and Eisenberg, LLP
1581 Main Street Suite 200
Warrington, PA 18976

United Auto Credit Co
Attn: Bankruptcy
PO Box 163049
Fort Worth, TX 76161

Verizon
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617