IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:e<br><br>ANTHONY LYNCH<br>　　　　Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICER FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSANCE HEL TRUST 2002-2<br>　　　　　Movant,<br><br>　　v.<br><br>ANTHONY LYNCH and<br>KENNETH E. WEST, Trustee,<br>　　　　Respondents. | Bankruptcy No. 26-11966-djb<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW COMES, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota, National Association, as Trustee for Renaissance HEL Trust 2002-2 (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, and files this Objection to Confirmation to the Debtor's Chapter 13 Plan (the "Objection") filed June 15, 2026, stating as follows:

1.	Respondent, Anthony Lynch (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on May 4, 2026 (the "Petition Date").

2.	 Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

3.	NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as

Trustee f/k/a Norwest Bank Minnesota, National Association, as Trustee for Renaissance HEL Trust 2002-2, holds a mortgage (the "Mortgage") on the Debtor's real property located at 2710 N 23rd Street, Philadelphia, Pennsylvania 19132 ("Property"), recorded in the Office of the Recorder of Deeds for Philadelphia County, Pennsylvania, to secure a Note (the "Note") with a principal balance of $25,875.00. True and correct copies of the Note and Mortgage are attached hereto as Exhibits "A", and "B" respectively.

4.      The total debt on the Mortgage and Note as of July 9, 2026, was $48,683.72. The total pre-petition arrears due at the Petition Date was $27,721.13. These amounts will be outlined in Movant's Proof of Claim that will be filed prior to the bar date.

5.      Debtor's Chapter 13 Plan filed June 15, 2026, list Movant's pre-petition arrears at $15,577.00 to be paid through the plan.

6.      The Debtor's Chapter 13 Plan fails to fully cure Movant's pre-petition and properly treat Movant's Proof of Claim as filed and therefore fails to comply with 11 U.S.C. § 1322.

WHEREFORE, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota, National Association, as Trustee for Renaissance HEL Trust 2002-2, respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Dated:  July 17, 2026

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*