IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STEVEN E. WELLER<br>SHEILA M. WELLER<br>　　　　Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICER FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSANCE HEL TRUST 2002-2<br>　　　　Movant,<br><br>　　v.<br><br>STEVEN E. WELLER, and<br>SHEILA M. WELLER and<br>KENNETH E. WEST, Trustee,<br>　　　　Respondents. | Bankruptcy No. 26-10321-djb<br><br><br>Chapter 13 |

CERTIFICATE OF SERVICE

  I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 17, 2026, I served copies of Movant NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota, National Association, as Trustee for Renaissance HEL Trust 2002-2's Objection to Confirmation to the Debtor's Chapter 13 Plan filed June 15, 2026 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Anthony Lynch**<br>2710 N 23rd Street<br>Philadelphia, PA 19132-3218 | **MICHAEL A. CIBIK**<br>**Cibik Law, P.C.**<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |

Service via Electronic Notification:

| | |
|---|---|
| **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112
*Counsel for Movant*