IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| ANTHONY LYNCH, | : CASE NO. 26-11966 DJB |
| DEBTOR, | : |
| PENNSYLVANIA DEPARTMENT<br>OF REVENUE, | : HEARING DATE AND TIME<br>: November 19, 2026 @ 9:30 a.m. |
| MOVANT, | : |
| V. | : |
| ANTHONY LYNCH, | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 19 |

**ORDER**

Upon consideration of the Objection of the Commonwealth of Pennsylvania, Department of Revenue, the Debtor's Request for an Order to confirm their Plan is denied. The Debtor shall file the missing tax returns as appropriate. The Department is allowed sixty (60) days to review the tax returns for their correctness.

Upon the determination of the tax due for the delinquent returns, the Department is allowed to amend its proof of claim and the Debtor shall submit an amended plan which provides for the full payment of the Department's claim including any liability for the tax due for the delinquent tax returns and in the proper classifications and amounts.

BY THE COURT

____________________________________
UNITED STATES BANKRUPTCY JUDGE