IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| ANTHONY LYNCH, | : CASE NO. 26-11966 DJB |
| DEBTOR, | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME<br>: November 19, 2026 @ 9:30 a.m. |
| MOVANT, | : |
| V. | : |
| ANTHONY LYNCH, | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 31 |

**CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on November 13, 2026 by:

**26-11966-djb Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MICHAEL A. CIBIK on behalf of Debtor Anthony Lynch
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

KERI P EBECK on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
kebeck@metzlewis.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARIO J. HANYON on behalf of Creditor Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ALYK L OFLAZIAN on behalf of Creditor Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota,National Association, as Trustee for Renaissanc
josh.goldman@padgettlawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**26-11966-djb Notice will not be electronically mailed to:**

Wells Fargo Bank, N.A.
14841 Dallas Parkway, Suite 350
Dallas, TX 75254

EXECUTED ON: November 13, 2026:

By: /s/Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459