UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Anthony Lynch
2710 N 23Rd ST
Philadelphia, PA 19132

CHAPTER: 13
CASE NUMBER: 26-11966
CLAIM AMOUNT: $1045.86

Debtors.

# NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, T Mobile/T-Mobile USA INC BY Jefferson Capital Systems LLC Assignee , o

T-MOBILE USA INC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 6/24/2026, in the amount of $1045.86.

T Mobile/T-Mobile USA INC BY Jefferson Capital Systems LLC Assignee , on behalf of

T-MOBILE USA INC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 16th day of November, 2026.

T Mobile/T-Mobile USA INC BY Jefferson Capital Sy

By: /s/ Paige Riggs
Paige Riggs Bankruptcy Specialist

T Mobile/T-Mobile USA INC BY Jefferson Capital Sy
Assignee for T-MOBILE USA INC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Anthony Lynch<br>2710 N 23Rd ST<br>Philadelphia, PA 19132 |
| Debtor's Attorney: | Michael Cibik<br>1500 Walnut ST STE 900<br>Philadelphia, PA 19102 |
| Chapter 13 Trustee: | Kenneth E. West<br>190 N. Independence Mall West<br>Philadelphia, PA 19106 |

by submitting electronically with the court.

This 16th day of November, 2026.

T Mobile/T-Mobile USA INC BY Jefferson Capital Sy

By: /s/ Paige Riggs
Paige Riggs Bankruptcy Specialist

Jefferson Capital Systems, LLC
Assignee for T Mobile/T-Mobile USA INC BY Jeffers
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314